UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARY RAY | ) |
| | ) |
| v. | ) CIVIL NO. 2:19-cv-00425-DBH |
| | ) |
| BLUESTEM BRANDS INC | ) |
| doing business as FINGERHUT | ) |

### ORDER

All further action in the above matter having been stayed pending the resolution of bankruptcy proceedings, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes, this case shall now be administratively closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate them in the same manner as if this Order had not been entered.

SO ORDERED.

                                              CHRISTA K. BERRY
                                              CLERK


                              BY:   /s/ Charity Pelletier
                                             Deputy Clerk

Dated this 12th day of March, 2020.